UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself and
all others similarly situated,

                         Plaintiff,                    **ORDER OF DISMISSAL**

           - against -                                  22 Civ. 6378 (PGG) (JW)

REFINERY 29 INC. and VICE MEDIA,
LLC,

                         Defendants.

PAUL G. GARDEPHE, U.S.D.J.:

              The Court having been advised that all claims asserted herein have been settled, it

is ordered that the above-entitled action be, and hereby is, dismissed with prejudice but without

costs; provided, however, that if the settlement is not consummated within sixty days of this

order, any party may apply by letter within the sixty-day period for restoration of the action to

the calendar of the undersigned, in which event the action will be restored.  The Clerk of Court is

directed to close the case.  Any pending dates and deadlines are adjourned sine die, and any

pending motions are moot.

Dated: New York, New York
       October 26, 2022

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge