**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LAMAR BROWN, on behalf of himself
and all others similarly situated,

                Plaintiffs,

-against-

REFINERY 29 INC., and VICE MEDIA LLC

                Defendant.

Case No.  1:22-cv-6378

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
             January 13, 2023

                                    Respectfully Submitted,

                                    **/s/ Mars Khaimov**
                  By:    Mars Khaimov, Esq.
                         108-26 64th avenue, Second Floor
                         Forest Hills, New York 11375
                         Tel (929) 324-0717
                         Fax (929) 333-7774
                         Email: mars@khaimovlaw.com
                         *Attorney for Plaintiff*